CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 0 6 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JESSEE RAYMOND SMITH, JR., )<br>Petitioner, ) | Civil Action No. 7:07CV00536 |
| v. ) | **FINAL ORDER** |
| LORETTA KELLY, WARDEN OF )<br>SUSSEX I STATE PRISON, )<br>Respondent. ) | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that respondent's motion to dismiss shall be and hereby is **GRANTED**; Smith's motion for an evidentiary hearing (docket number 2) is **DENIED**; and Smith's petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED**. This case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this Order and accompanying Memorandum Opinion to petitioner.

ENTER: This 6th day of February, 2008

*/s/ James C. Turk*
Senior United States District Judge